IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

SAUK COUNTY,

        Plaintiff,                          ORDER
                                                07-cv-543-jcs

  v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, DIRK KEMPTHORNE
and HO-CHUNK NATION,

        Defendants.
_____

    Motion of Ho-Chunk Nation to intervene as defendant came on to be heard by telephone in the above entitled matter on December 19, 2007, intervener Ho-Chunk Nation having appeared by Best & Flanagan by Michael P. Murphy; plaintiff by Todd J. Liebman and Alene J. Kleczek, corporation counsel; defendants by Department of Justice, Indian Resource Section by Amy Tryon.  Honorable John C. Shabaz, District Judge, presided.

    Accordingly,


ORDER

    IT IS ORDERED that permissive intervention is GRANTED to intervener Ho-Chunk Nation.

    Entered this 19th day of December, 2007.

                              BY THE COURT:

                              /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge