IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAUK COUNTY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF THE INTERIOR, DIRK
KEMPTHORNE and HO-CHUNK
NATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-543-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants DISMISSING this case with prejudice.

By: L. Jensen, Deputy Clerk
Theresa M. Owens, Clerk of Court

5/30/08
Date